MARY LOVAS et al., as Administrators of the Estate of Joseph Lovas, Deceased, Respondents, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

Reported below, 173 App. Div. 1003.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1916, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of the defendant.

The motion was made upon the ground that the exceptions were frivolous and the appeal taken solely for purpose of delay.

*Joseph A. Wechter* for motion.

*Raymond C. Vaughan* opposed.

Motion denied, without costs.